OPINION — AG — QUESTION: I WOULD APPRECIATE AN OPINION FROM YOUR OFFICE AS TO WHETHER THE OKLAHOMA WILDLIFE CONSERVATION COMMISSION AS CREATED BY ARTICLE XXVI OF THE OKLAHOMA CONSTITUTION WOULD BE PROHIBITED BY ARTICLE XXVI, SECTION 4 OF SAID ARTICLE TO RECEIVE AND EXPEND MONIES AS PROVIDED IN THE ATTACHED PROPOSED HOUSE BILL NO. 653 AMENDING 63 O.S.H. 801-823? — SEE OPINION CITE: ARTICLE XXVI, SECTION 1, ARTICLE XXVI, SECTION 2, 63 O.S.H. 821 (FRED HANSEN)